UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BRIGHT KIDS NYC, INC. and BIGE DORUK,
individually on behalf of all others similarly
situated,

                   Plaintiffs,

-against-                              20 **CIVIL** 9172 (MKV)

**JUDGMENT**

QUARTERSPOT, INC.,

                   Defendant.
---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 20, 2021, the Court cannot grant Plaintiffs the relief they seek, and abstains from exercising jurisdiction, deferring to the earlier filed Virginia case between the same parties involving the same issues. Accordingly, Defendant's Motion to Dismiss is GRANTED. The case is dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       September 20, 2021

                                                               **RUBY J. KRAJICK**
                                                                  Clerk of Court

                                            BY:
                                                                  Deputy Clerk